# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAMMY L. BALDWIN,<br><br>      Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 17-CV-814-JPS<br><br>**ORDER** |

On June 13, 2017, the Court ordered Plaintiff to submit an amended complaint and pay the filing fee for this matter no later than June 27, 2017. (Docket #3). The Court warned that her failure to do so would result in dismissal of this action. *Id.* As shown in this matter's docket activity, it appeared that Plaintiff contacted the Clerk of the Court's office to obtain information and documents to submit an amended complaint. *See* Docket Activity of July 6, 2017. Nevertheless, it has been two weeks since that time and the Court has not received either of the requested items or any other communication from Plaintiff. This matter will, therefore, be dismissed without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge